**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CIV-06-0290-PHX-SMM |
| Plaintiff, | |
| v. | **STIPULATED JUDGMENT** |
| 1. $16,200.00 | |
| 2. $13,500.00 | **CERTIFICATE OF REASONABLE CAUSE** |
| 3. $150,000.00 | |
| 4. 2005 Honda CBR 1000 CC Motorcycle, | |
| Defendants. | |

    Plaintiff, United States of America, by and through its attorney, DANIEL G. KNAUSS United States Attorney for the District of Arizona, and his Assistant, Lisa Roberts, Assistant United States Attorney, and Claimants, Angel R. Olmedo, through his criminal attorney, Stephen G. Ralls, and Cecelia Olmedo through counsel, Tonya J. Peterson, present this stipulation regarding their interest in the above captioned defendant real property, to resolve this matter.  There being no objection and the Court finding good cause, it is hereby ordered that the Stipulation, and the facts contained therein, are adopted by the Court.  Accordingly,

1 **IT IS HEREBY ORDERED** that the defendant property consisting of $16,200.00 in U.S. Currency; $13,500.00 in U.S. Currency; $150,000.00 in U.S. Currency; and one 2005 Honda CBR 1000 CC Motorcycle is hereby declared forfeited to the United States, pursuant to the provisions of to 21 U.S.C. § 881 and 18 U.S.C. §981, and is to be disposed of according to law.

**IT IS FURTHER ORDERED** that Claimants Alfredo Santillan, Georgina Santillan, and Jesus Alberto Osuna's claims filed in this action are hereby withdrawn.

**IT IS FURTHER ORDERED** that Claimants release and forever discharge the United States and the Department of Justice, the Drug Enforcement Administration, and the United States Treasury Department and all officers, employees, contract employees, agents, and task force agents from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which Claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture of the above-captioned defendant.

The Court finds that the agents of the United States and the Department of Justice, the Drug Enforcement Administration, and the United States Treasury Department had reasonable grounds to seize defendant property described herein, pursuant to the terms of 28 U.S.C. §2465, and that Claimants have not substantially prevailed as the result of this settlement agreement.

Each party is responsible for its respective costs and attorney fees.

DATED this 25th day of April, 2007.

_____
Stephen M. McNamee
United States District Judge

2